## DISCIPLINARY DOCKET

**96–2495.   In re Judicial Campaign Complaint Against Hildebrandt.**
On motion for stay of order of Commission of Judges pending appeal.   Motion granted.